Manning STREWL, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Ga., Appellee.

No. 12558.

United States Court of Appeals
Fifth Circuit.

May 3, 1949.

Manning Strewl, of Atlanta, Ga., in pro. per.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower Court is affirmed.

Leon JONES, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Ga., Appellee.

No. 12652.

United States Court of Appeals
Fifth Circuit.

May 3, 1949.

No appearance for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed.

A. L. WILLIS et al., Appellants, v. BARNSDALL OIL COMPANY et al., Appellees.

No. 12525.

United States Court of Appeals
Fifth Circuit.

May 6, 1949.

Rehearing Denied May 30, 1949.

Robert S. Vance, of Texarkana, Tex., for appellants.

Richard L. Arnold, of Texarkana, Ark., and Foster V. Phipps, of Tulsa, Okl., for appellees.

Before HUTCHESON, SIBLEY, and WALLER, Circuit Judges.

PER CURIAM.

The judgment is affirmed for the reasons set out by the District Judge in his opinion, reported in 78 F.Supp. 293.

Affirmed.